IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN E. VENN, JR., CHAPTER 7 TRUSTEE
FOR THE ESTATE OF ROGER JULIAN GONZALEZ

    Plaintiff,

                                      CASE NO.: 3:12-cv-431/MW/CJK

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.
_____/

## UNOPPOSED MOTION TO RE-VALIDATE TRIAL SUBPOENAS

Defendant, GOVERNMENT EMPLOYEES INSURANCE COMPANY ("GEICO"), by and through undersigned counsel, hereby requests this Court to enter an Order re-validating all subpoenas issued and served for trial in this case. In support of its request, GEICO states as follows:

1. GEICO previously served subpoenas for trial commanding witnesses to appear at the federal courthouse in Pensacola, FL on October 7, 2013 at 8:30 a.m., the originally scheduled trial term.

2. Since the issuance and service of the above referenced subpoenas, said jury trial has been specially set for December 9, 2013 at 8:30a.m.

3. GEICO hereby requests that all previously issued and served trial subpoenas be re-validated for the new trial date and time.

WHEREFORE, GEICO respectfully request this Honorable Court to enter an Order consistent with the relief sought herein.

**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1(B)**

Counsel for GEICO conferred with counsel for Plaintiff prior to filing the present Motion. Plaintiff's counsel advised that Plaintiff does not oppose the relief sought herein.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Megan Alexander
**B. RICHARD YOUNG**
Florida Bar No.: 442682
**ADAM A. DUKE**
Florida Bar No.: 055734
**JORDAN M. THOMPSON**
Florida Bar No. 0087600
**MEGAN E. ALEXANDER**
Florida Bar No.: 58883
Young, Bill, Roumbos & Boles, P.A.
P.O. Drawer 1070
Pensacola, FL 32591-1070
(850) 432-2222 / 432-1444 - facsimile
**Ryoung@flalawyer.net;**
**Aduke@flalawyer.net;**
**Jthompson@flalawyer.net;**
**Malexander@flalawyer.net**

2

**SERVICE LIST**

**John E. Venn, Jr., Chapter 7 Trustee for the Estate of Roger Julian Gonzalez
v. Government Employees Insurance Company
Case No.:  3:12-cv-431/MW/CJK
United States District Court, Northern District of Florida
Pensacola Division**

LEFFERTS L. MABIE, III, ESQ.
Florida Bar No.: 0745601
Lefferts Mabie, P.A.
P.O. Box 499
Tampa, Florida 33602.
Telephone: (813) 273-6811
Facsimile:  (813) 223-9415
*Via Notice of Electronic Filing*