IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN E. VENN, JR., CHAPTER 7 TRUSTEE
FOR THE BANKRUPTCY ESTATE OF
ROGER JULIAN GONZALEZ

       Plaintiff,

                                        CASE NO.: 3:12-cv-431/MW/CJK

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

       Defendant.

_____/

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO RE-VALIDATE TRIAL SUBPOENAS

This Cause having come before this Court on Defendant's Unopposed Motion to Re-Validate Trial Subpoenas (Doc. 118), and the Court having reviewed said Motion and being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion to Re-Validate Trial Subpoenas is **GRANTED.**

All subpoenas heretofore issued are hereby validated and in full force and effect for the trial period commencing on **December 9, 2013 at 8:30 a.m**. at the United States Federal Courthouse, One North Palafox St., Pensacola, FL 32502, North Room, 4th Floor. The witnesses and other parties may be served with a copy of this Order by mail and notified that their previously served subpoenas are valid for the above date.

**SO ORDERED on November 14, 2013.**

                                            **s/Mark E. Walker**
                                            **United States District Judge**